JOHNSON CO. et al. v. THOMSON–HOUSTON ELECTRIC CO.

(Circuit Court of Appeals, Third Circuit. September 21, 1897.)

Appeal from the Circuit Court of the United States for the Western District of Pennsylvania.

This was a suit in equity by the Thomson-Houston Electric Company against the Johnson Company and others for alleged infringement of a patent. The circuit court made an order granting a preliminary injunction (78 Fed. 361), from which order the defendants appealed. On September 17, 1897, the following stipulation, signed by counsel for the respective parties, was filed:

"In view of the decision of the circuit court of appeals for the Second circuit in the suit of the complainant and appellee herein against the Hoosick Railway Company, filed July 21, 1897, it is hereby consented that the order for a preliminary injunction granted herein in the circuit court upon the 6th, 7th, 8th, 12th, and 16th claims of Van Depoele patent, No. 495,443, be reversed, with costs, without prejudice to the rights of either party at final hearing upon the said claims or other claims of said letters patent."

G. J. Harding, for appellants.

Frederic H. Betts, for appellee.

Before DALLAS, Circuit Judge, and BUTLER and BRADFORD, District Judges.

PER CURIAM. And now, this 21st day of September, A. D. 1897, in view of the stipulation between counsel attached hereto consenting to the same, it is ordered that the decretal order of the circuit court of the United States for the Western district of Pennsylvania, made January 28, 1897, enjoining the Johnson Company, of Pennsylvania, the Steel Motor Company, and R. T. Lane from infringing the 6th, 7th, 8th, 12th, and 16th claims of patent No. 495,443, issued to C. A. Coffin and Albert Wahl, administrators of Charles J. Van Depoele, deceased, assignors to the Thomson-Houston Electric Company, be reversed, with costs, without prejudice to the rights of either party at final hearing upon the said claims or other claims of said letters patent.